IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:10-00301 |
| v. | ) | JUDGE HAYNES |
| WILLIAM EDWARD JOHNSON, | ) | |
| Defendant. | ) | |

## ORDER

A status conference is set in this action for **Friday, October 26, 2012 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 28th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge