IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:10-00301 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| WILLIAM EDWARD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon the motion to dismiss indictment (Docket Entry No. 89) filed by the United States of America, the indictment against the Defendant William Edward Johnson is **DISMISSED with prejudice**.

The status conference scheduled for October 26, 2012 at 3:00 p.m. is **CANCELLED**.

It is so **ORDERED**.

ENTERED this the _____ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge